```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-358 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO |
| | ) | ADVANCE HEARING AND |
| | ) | ORDER |
| JAVIER ARANDA-BARAJAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, by and through his attorney, PETER JONES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to advance the May 14, 2012, 1 p.m., status conference date as to this defendant and reset the matter for a change of plea on March 19, 2012, at 10:00 a.m.

DATED: March 14, 2012                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                            Assistant U.S. Attorney

1

```
                                    /s/ Peter Jones
                                    PETER JONES
                                    Attorney for Defendant
                                    Javier Aranda-Barajas
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of May 14, 2012, is hereby advanced to March 19, 2012, at 10:00 a.m. for a change of plea.

IT IS SO ORDERED.

Dated:     March 15, 2012          _____
                                   CHIEF UNITED STATES DISTRICT JUDGE